1  Jennifer L. Braster
   Nevada Bar No. 9982
2  Benjamin Gordon
   Nevada Bar No. 15552
3  NAYLOR & BRASTER
   1050 Indigo Drive, Suite 200
4  Las Vegas, NV  89145
   Telephone:  (702) 420-7000
5  Facsimile:  (702) 420-7001
   jbraster@nblawnv.com
6

7  *Attorneys for Defendant*
   *Experian Information Solutions, Inc.*
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID CRUZ, | Case No. 2:22-cv-00604-GMN-VCF |
| Plaintiff, | **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | **(FIRST REQUEST)** |
| Defendants. | Complaint filed:  April 11, 2022 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Ryan Cruz ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her Complaint on April 11, 2022.  (ECF No. 1.)  Pursuant to a stipulation and court order extending Experian's original deadline to respond to the Complaint, the current deadline for Experian to respond to the Complaint is May 3, 2022.  (ECF Nos. 5.)  The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees when this matter may be resolved shortly, Plaintiff and Experian stipulate and agree that Experian shall have an additional extension until May 24, 2022, to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to permit both Plaintiff and Experian an opportunity to more fully investigate the claims alleged.

**IT IS SO STIPULATED.**

DATED this 29 day of April 2022.

| NAYLOR & BRASTER | PRICE LAW GROUP, APC |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>Benjamin Gordon<br>Nevada Bar No. 15552<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant*<br>*Experian Information Solutions, Inc.* | By: */s/ Steven A. Alpert*<br>Steven A. Alpert<br>Nevada Bar No. 8353<br>5940 S. Rainbow Blvd., Suite 3014<br>Las Vegas, NV 89118<br><br>*Attorneys for Plaintiff*<br>*Ryan Cruz* |

**IT IS SO ORDERED.**

Dated this 4th day of May 2022.

_____
UNITED STATES MAGISTRATE JUDGE