# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RYAN CRUZ, <br><br> Plaintiff(s), <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant(s). | 2:22-cv-00604-GMN-VCF <br><br> **ORDER** |

Before the Court is the notice of settlement (ECF NO. ).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before March 14, 2023.

IT IS FURTHER ORDERED that all pending deadlines are STAYED.

DATED this 11th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1