Michael Yancey III, NV # 16158
*Of Counsel for Price Law Group, APC*
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
F: 718-715-1750
E: myancey@consumerattorneys.com

*Attorneys for Plaintiff*
*Ryan Cruz*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RYAN CRUZ, | Case No.: 2:22-cv-00604-GMN-VCF |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendant. | |

//

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ryan Cruz and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Experian. Plaintiff and Experian have agreed that all attorneys' fees and costs are to be paid as indicated in the parties settlement agreement. There are no remaining defendants in this matter.

Respectfully submitted this 14th day of March 2023,

By: */s/Michael Yancey*
Michael Yancey III, NV # 16158
*Of Counsel for Price Law Group, APC*
**CONSUMER ATTORNEYS**
2300 West Sahara Avenue, Suite 800
Las Vegas, NV 89102
T: 480-573-9272
F: 718-715-1750
E: myancey@consumerattorneys.com

Consumer Attorneys
8245 N 85th Way
Scottsdale, AZ 85258
*Attorneys for Plaintiff*
*Ryan Cruz*

By: */s/ Benjamin B. Gordon*
Jennifer L. Braster Nevada Bar No. 9982
Benjamin B. Gordon Nevada Bar No. 15552
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
bgordon@nblawnv.com

E. Alex Murcia
Admitted pro hac vice
**JONES DAY**
3161 Michelson Drive
Irvine, California 92612
T: (949) 553-7546
E: amurcia@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc*

## ORDER

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice. The Clerk of Court is instructed to close the case.

March 14, 2023
Date

_____
Honorable Gloria M. Navarro
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Roxanne Harris*